**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elveria RODRIGUEZ–QUIROS,**
**Defendant–Appellant.**

**No. 09–10482.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2011.\*

Filed July 14, 2011.

Amber Marie Craig, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Brenda Weksler, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: SILVERMAN and GRABER, Circuit Judges, and WRIGHT, District Judge.\*\*

MEMORANDUM \*\*\*

Defendant Elveria Rodriguez–Quiros appeals the district court's denial of her motion to suppress the drugs found in her car's bumper. We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm.

The record does not support the defendant's claim that the district judge improperly rejected the magistrate judge's factual findings. The district judge adopted the magistrate judge's findings, but reached a different legal conclusion regarding probable cause.

Having obtained the defendant's lawful consent to search the vehicle, the troopers were within their rights to inspect and probe a pre-existing hole in the bumper. Upon discovering white powder and observing what looked like tape, the troopers had probable cause to believe that the normally empty bumper contained drugs. *See United States v. Ewing*, 638 F.3d 1226, 1231 (9th Cir.2011).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.